# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SPRINGEL & FINK, LLP, A CALIFORNIA LIMITED LIABILITY PARTNERSHIP,<br>　　Appellant,<br>vs.<br>FARMERS INSURANCE EXCHANGE, A CALIFORNIA CORPORATION,<br>　　Respondent. | No. 70253<br><br>**FILED**<br><br>MAY 03 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY<br>CHIEF DEPUTY CLERK |
| SPRINGEL & FINK, LLP, A CALIFORNIA LIMITED LIABILITY PARTNERSHIP,<br>　　Appellant/Cross-Respondent,<br>vs.<br>FARMERS INSURANCE EXCHANGE, A CALIFORNIA CORPORATION,<br>　　Respondent/Cross-Appellant. | No. 70666 |

## ORDER DISMISSING APPEALS AND CROSS-APPEAL

Pursuant to the stipulation of the parties, and cause appearing, these consolidated appeals and cross-appeal are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:　Hon. Nancy L. Allf, District Judge
　　Lansford Levitt, Settlement Judge
　　Molof & Vohl
　　Gordon & Rees Scully Mansukhani LLP/Los Angeles
　　Eighth District Court Clerk

17-14696